[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1263.]

THE STATE EX REL. WARREN NEWSPAPERS, INC. *v*. COURT OF JURISDICTION OF
THE MAHONING VALLEY SANITARY DISTRICT.

[Cite as *State ex rel. Warren Newspapers, Inc. v. Court of Jurisdiction of the
Mahoning Valley Sanitary Dist.*, 1998-Ohio-600.]

(No. 97-1893—Submitted April 7, 1998—Decided May 13, 1998.)

IN MANDAMUS.

ON RELATOR'S ADDITIONAL EVIDENCE IN SUPPORT OF ATTORNEY FEE
SUBMISSION.

———————————

*Arter & Hadden, Gregory V. Mersol, John B. Lewis* and *John P. Gartland,*
for relator Warren Newspapers, Inc.

*Betty D. Montgomery,* Attorney General*, Arthur J. Marziale, Jr.,* and
*Elizabeth Ann Scott,* Assistant Attorneys General*,* for respondent James Petro,
Auditor of State.

———————————

{¶ 1} Upon consideration of relator Warren Newspaper, Inc.'s Additional
Evidence in Support of Attorney Fee Submission and pursuant to *State ex rel.
Warren Newspapers, Inc. v. Court of Jurisdiction of the Mahoning Valley Sanitary
Dist.* (1998), 81 Ohio St.3d 1234, 690 N.E.2d 11, attorney fees are granted in the
amount of $4,667.50, plus reimbursement of the filing fee in the amount of $140.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.

DOUGLAS, J., not participating.

———————————